IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERRY D. SAUNDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv800-CSC |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On February 14, 2008, the defendant filed a motion for extension of time to file his brief (doc. # 14). The plaintiff does not object to an extension of time. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the defendant's motion for an extension of time be and is hereby GRANTED. The defendant's deadline for filing his brief be and is hereby EXTENDED from February 15, 2008 until March 17, 2008.

Done this 19th day of February 2008.

                                         /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE